FILED:  July 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1663
(3:24-cv-00783-MEO-DCK)

_____

STEVEN BOLCH, as next friend of J. C.; KARI DANFORTH, as next friend of
S. M., L. M. and H. M.; DARIA BARAZANDEH, as next friend of M. S. and C.
S.; VERONIKA MONTELEONE, as next friend of A. W., J. B. and M. G.

        Plaintiffs - Appellants

v.

JOSH STEIN, in his official capacity as the Governor of North Carolina; NORTH
CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES;
DEVDUTTA G. SANGVAI, M.D., in his official capacity as Secretary of the
North Carolina Department of Health and Human Services; SUSAN OSBORN, in
her official capacity as Assistant Secretary for County Operations of the Division
of Social Services; MARK PAYNE, in his official capacity as the Director of the
Division of Health Service Regulation; MECKLENBURG COUNTY;
MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES, Youth
and Family Services; GASTON COUNTY; GASTON COUNTY
DEPARTMENT OF SOCIAL SERVICES; DAVIDSON COUNTY; DAVIDSON
COUNTY DEPARTMENT OF SOCIAL SERVICES; HARNETT COUNTY;
HARNETT COUNTY DEPARTMENT OF SOCIAL SERVICES; RANDOLPH
COUNTY; RANDOLPH COUNTY DEPARTMENT OF SOCIAL SERVICES;
ROCKINGHAM COUNTY; ROCKINGHAM COUNTY DEPARTMENT OF
SOCIAL SERVICES; JOHNSTON COUNTY; JOHNSTON COUNTY
DEPARTMENT OF SOCIAL SERVICES

        Defendants - Appellees

------------------------------

NATIONAL ASSOCIATION OF COUNSEL FOR CHILDREN; JUVENILE

LAW CENTER; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA LEGAL FOUNDATION; YOUTH LAW CENTER

Amici Supporting Appellant

_____

O R D E R

_____

The National Association of Counsel for Children, Juvenile Law Center, The American Civil Liberties Union of North Carolina Legal Foundation, and Youth Law Center have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk