FILED:  July 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1663
(3:24-cv-00783-MEO-DCK)

_____

STEVEN BOLCH, as next friend of J. C.; KARI DANFORTH, as next friend of
S. M., L. M. and H. M.; DARIA BARAZANDEH, as next friend of M. S. and C.
S.; VERONIKA MONTELEONE, as next friend of A. W., J. B. and M. G.

          Plaintiffs - Appellants

v.

JOSH STEIN, in his official capacity as the Governor of North Carolina; NORTH
CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES;
DEVDUTTA G. SANGVAI, M.D., in his official capacity as Secretary of the
North Carolina Department of Health and Human Services; SUSAN OSBORN, in
her official capacity as Assistant Secretary for County Operations of the Division
of Social Services; MARK PAYNE, in his official capacity as the Director of the
Division of Health Service Regulation; MECKLENBURG COUNTY;
MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES, Youth
and Family Services; GASTON COUNTY; GASTON COUNTY
DEPARTMENT OF SOCIAL SERVICES; DAVIDSON COUNTY; DAVIDSON
COUNTY DEPARTMENT OF SOCIAL SERVICES; HARNETT COUNTY;
HARNETT COUNTY DEPARTMENT OF SOCIAL SERVICES; RANDOLPH
COUNTY; RANDOLPH COUNTY DEPARTMENT OF SOCIAL SERVICES;
ROCKINGHAM COUNTY; ROCKINGHAM COUNTY DEPARTMENT OF
SOCIAL SERVICES; JOHNSTON COUNTY; JOHNSTON COUNTY
DEPARTMENT OF SOCIAL SERVICES

          Defendants - Appellees

------------------------------

NATIONAL ASSOCIATION OF COUNSEL FOR CHILDREN; JUVENILE LAW CENTER; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA LEGAL FOUNDATION; YOUTH LAW CENTER

Amici Supporting Appellants

_____

O R D E R

_____

Upon consideration of appellees' joint motion for leave to file separate briefs, to increase the word limit, and for extension of time to file appellee briefs, the court denies the motions to file separate briefs and to increase the word limit.  The court grants the motion for extension of time to file.  The response brief shall be due on or before September 8, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk